IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **RHETT S. HOOPER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) CIV. ACT. NO. 2:06cv612-ID |
| v. | ) |
| | ) |
| **CITY OF MONTGOMERY, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

### **ORDER**

Upon CONSIDERATION of Defendants' motion to dismiss, filed August 7, 2006 (Doc. No. 4), it is ORDERED that Plaintiff show cause, if any there be, on or before August 22, 2006, why said motion should not be granted.

Done this 8th day of August, 2006.

                                                   /s/ Ira DeMent
                                                 SENIOR UNITED STATES DISTRICT JUDGE