# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 8-15-06 |
| NAME OF SERVER (PRINT) Daniel Snell | TITLE |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served:

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted:

[ ] Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-15-06
            Date

Signature of Server

1680 Posey Rd. Lapine, AL 36046
Address of Server

RETURNED AND FILED

AUG 16 2006

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Rhett S. Hooper

V.

City of Montgomery, Alabama et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06CV612-ID

TO: (Name and address of Defendant)

John Wilson
103 North Perry St.
Montgomery, AL 36752

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

J. Scott Hooper The Hooper Law Firm, PC P.O. Box 230894
Montgomery, AL 36123-0894

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                        July 12, 2006
CLERK                                   DATE

(By) DEPUTY CLERK