IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RHETT S. HOOPER | § |
| PLAINTIFF, | § |
| v. | § CASE NO. 2:06-CV-612-ID |
| CITY OF MONTGOMERY, et al | § |
| DEFENDANTS | § |

**PLAINITFF'S OBJECTION TO DEFENDANTS' MOTION TO DISMISS**

COMES Now Plaintiff and objects to Defendants' motion to dismiss as to civil rights violations counts one and two, negligence by John Wilson and shows unto this Honorable Court as follows:

Plaintiff states in his complaint on July 13, 2004 that John Wilson, the Chief of Police of the City of Montgomery, did drive in a dangerous manner and did run Plaintiff off the road while driving on I-85 in Montgomery County, Alabama. Defendant Wilson was stopped by the Shorter, Alabama police department for a possible DUI called in by Plaintiff. Thereafter, Chief Wilson was not arrested by Shorter, Alabama Police but was protected by the same.

Thereafter, Defendant Wilson did acquire the confidential personnel record of Plaintiff Hooper who was a former policeman with the City of Montgomery, Alabama, and without permission of Plaintiff, did communicate the record of Plaintiff to unauthorized persons, namely WSFA-TV Broadcasting Company personnel, and the same was broadcast to the public at large for several days on the news and was posted on the internet site of WSFA-TV for many months.

Plaintiff cites as authority for its objection case *Fikes v City of Daphne*, 79 F. 3d 1079 whereby the City of Daphne and its personnel did willfully disregard City

policies and deliberately disclosed confidential city information to unauthorized persons, the personnel file of Officer Fikes. The trial court dismissed the case for failure to state a claim but the U S Court of Appeals, Eleventh Circuit overturned the ruling and found that the complaint does state a claim and the case was remanded for further proceedings for the unauthorized communication of the confidential record of an employee.

This case is identical to Fikes in that Defendant Wilson did acquire the personnel file of Plaintiff without permission of Plaintiff and did disclose the contents of the confidential personnel file to the news reporters of a broadcasting company for the purpose of degrading the Plaintiff after Defendant Wilson was himself accused of drunk driving. The news broadcast projected Plaintiff in a false light and was harmful to Plaintiff. This act by Defendant Wilson was a violation of due process and was intended to cause injury to Plaintiff. (See Affidavit of Plaintiff Exhibit "A")

Defendant's motion to dismiss as to counts one and two should be DENIED.

/s/J. Scott Hooper
J. Scott Hooper

of counsel:
The Hooper Law Firm, PC
P.O. Box 230894
Montgomery, AL 36123-0894
334-271-1555 Office
334-271-1552 Facsimile
jshooper@knology.net

<u>**Certificate of Service**</u>

I hereby certify that on the 22 day of August 2006, I electronically filed the foregoing with Clerk of the court using the CM/CEF system which will send notification of such filing to the following parties or counsel:

**Kimberly O. Fehl**
**Legal Department**
**City of Montgomery**
**P.O. Box 1111**
**Montgomery, AL 36101-1111**

/s/ J. Scott Hooper
**J. Scott Hooper**
**Attorney for Plaintiff**