**Exhibit "A"**

## AFFIDAVIT OF RHETT S. HOOPER

STATE OF ALABAMA )
MONTGOMERY COUNTY )

The witness being first being duly sworn, deposes and says on oath that he has personal knowledge of the facts stated herein as follows:

1. My name is Rhett S. Hooper and I am over the age of nineteen.
2. I am a former policeman with the City of Montgomery, Alabama.
3. I was forced off the road on July 13, 2004 at approximately 10:00 PM by a person unknown to me at the time but the same was later discovered to be John Wilson who was the then Chief of Montgomery Police Department. The driver of the vehicle was driving in a dangerous manner and did run two other vehicles off the road while I was following the vehicle.
4. I called the State Trooper's Office to have someone stop the vehicle that did run me off the road and no trooper was in the area.
5. I then called the Shorter Police and they responded by placing a policeman on the interstate to intercept the vehicle.
6. The policeman was John Spencer and Spencer did communicate with me and state that "Chief Wilson was drunk and he was going to kill himself if he keeps driving like this." Spencer asserted other remarks about Wilson being drunk and considered performing a field sobriety test on Wilson but did not and Chief Malloy came to the scene and took over the proceedings.
7. Wilson was not arrested at the discretion of Chief Malloy.
8. Further, I was warned to leave the scene by Chief Malloy and I would be arrested if I did not leave.
9. The next day, Chief Wilson did release my City of Montgomery Police confidential personnel record to WSFA TV, a local broadcasting company, and the contents of my record was broadcast to the public at large. This was repeated over a two week period on television and

the same was placed in the internet site of WSFA TV and remained for several months. The broadcast projected me in a false light and suggested that I was a disgruntled ex-employee and had been stalking Chief Wilson. I had never stalked Chief Wilson and did not know who was driving the vehicle until Shorter Police stopped the vehicle and confronted the driver.

10. I never gave anyone permission to reveal the contents of my confidential record to anyone. Chief John Wilson has communicated my confidential personnel record to unauthorized persons and without my permission and consent in an attempt to reduce the attention of his behavior and did cause damage to me.

Further deponent saith not.

_____
Rhett S. Hooper

SWORN TO AND SUBSCRIBED BEFORE ME on this __22__ day of August 2006, in Montgomery County, Alabama witness my hand and official seal of office.

_____
Notary Public, State at Large
My commission expires  9/02/06