**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

March 30, 2007

# NOTICE OF NON-COMPLIANCE

To:                     ALL COUNSEL OF RECORD

Case Style:             Rhett S. Hooper v. City of Montgomery, et al.

Case Number:            #2:06-cv-00612-ID

Referenced Pleading:    Amendment to Complaint

Docket Entry Number:    #11

The referenced pleading was electronically filed on 3/29/2007 in this case and is not in compliance with the local rules and/or administrative procedures of this court. When filing a motion for leave to amend, the proposed amended pleading should be filed as an attachment to the motion, not filed as a separate document.

Leave of court has not been granted allowing the filing of the amended complaint. The referenced document has been filed prematurely.

Also, the wrong event code was used when the referenced document was filed. The pleading is an Amended Complaint, not an Amendment to Complaint.

Therefore, Document #11 is STRICKEN from the record and the parties are instructed to disregard the entry of this pleading on the court's docket.