**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

March 30, 2007

# NOTICE OF CORRECTION

**From:**              Clerk's Office

**Case Style:**        Rhett S. Hooper v. City of Montgomery, Alabama, et al.

**Case Number:**       #2:06-cv-00612-ID

**Referenced Document:**   Document #10
                           Motion for Leave to File Amended Complaint

**This notice has been docketed to enter the proposed Amended Complaint into the record as an attachment to the referenced document which was omitted at the original time of filing in error. The pdf of the proposed Amended Complaint is attached to this notice.**