# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **RHETT S. HOOPER,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) CIV. ACT. NO. 2:06cv612-ID |
| v. | ) |
| | ) |
| **CITY OF MONTGOMERY, et al.,** | ) |
| | ) |
|     **Defendants.** | ) |

## ORDER

Upon CONSIDERATION of Plaintiff's motion for leave to amend complaint (Doc. No. 10), filed March 29, 2007, it is ORDERED that Defendant City of Montgomery show cause, if any there be, on or before April 9, 2007, why said motion should not be granted.

DONE this 2nd day of April, 2007.

                              /s/ Ira DeMent
                              SENIOR UNITED STATES DISTRICT JUDGE