IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **RHETT S. HOOPER,** | ) |
| | ) |
|    Plaintiff, | ) |
| | ) CIV. ACT. NO. 2:06cv612-ID |
| v. | ) |
| | ) |
| **CITY OF MONTGOMERY,** | ) |
| | ) |
|    Defendant. | ) |

**ORDER**

Pending before the court is Plaintiff's motion for leave to amend complaint (Doc. No. 10), filed March 29, 2007. Defendant City of Montgomery filed a response to the motion on April 9, 2007, urging the court to deny the same. (Doc. No. 15.) Alternatively, Defendant moves the court to dismiss the amended complaint with prejudice. (Id.) Upon CONSIDERATION thereof, it is ORDERED that, on or before April 18, 2007, Plaintiff file a reply to the matters raised in Defendant's submission of April 9, 2007.

DONE this 10th day of April, 2007.

                                    /s/ Ira DeMent
                                SENIOR UNITED STATES DISTRICT JUDGE